Form cxdsch23

**UNITED STATES BANKRUPTCY COURT**
*Northern District of Illinois*
*Eastern Division*
*219 S Dearborn*
*7th Floor*
*Chicago, IL 60604*

---

In Re:

Viktor Semeryak
917 E. Coach Rd.
Palatine, IL 60074
SSN: xxx−xx−8295 EIN: N.A.

Case No. : 18−08597
Chapter : 13
Judge : Carol A. Doyle

Uliana Vasylyshyn
917 E. Coach Rd.
Palatine, IL 60074
SSN: xxx−xx−8780 EIN: N.A.

---

## NOTICE OF CHAPTER 12 OR 13 CLOSED WITHOUT DISCHARGE

All creditors and parties in interest are notified that the above−captioned case has been closed without entry of discharge for the reason(s) indicated below. If the debtor subsequently files a motion to reopen, the reopening fee must be paid.

☐ Debtor did not file Official Form 423, Certification About a Financial Management Course.

☒ Debtor has not certified that all domestic support obligations due have been paid.

FOR THE COURT

Dated: March 23, 2022

Jeffrey P. Allsteadt, Clerk
United States Bankruptcy Court